# Court of Appeals
# of the State of Georgia

ATLANTA,  June 18, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0154.   ROBERT TOOMBS CHRISTIAN ACADEMY, INC. et al v. WHITE.**

We have reviewed the briefs and record in this case. Because the order at issue does not appear erroneous and the establishment of precedent is not desirable, the appeal is hereby DISMISSED as improvidently granted. See Court of Appeals Rule 30(b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/18/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*